Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
       service@moorelawfirm.com

Attorney for Plaintiff,
Craig Crandall

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>    Plaintiff,<br>vs.<br><br>ONTARIO AIRPORT HOTEL CORPORATION, et al.,<br><br>    Defendants. | No. 3:23-cv-02006-JD<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

    Plaintiff Craig Crandall hereby reports that the parties have reached a full and complete settlement of Plaintiff's claims. Plaintiff requests until November 6, 2023 to finalize settlement and file a request for dismissal of the action.

Dated: October 16, 2023          MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Craig Crandall