MOORE LAW FIRM, P.C.
Tanya E. Moore, SBN 206683
tanya@moorelawfirm.com
300 South First Street, Suite 342
San Jose, CA 95113
Tel:    (408) 298-2000
Fax:    (408) 298-6046

Attorney for Plaintiff
CRAIG CRANDALL

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendants
ONTARIO AIRPORT HOTEL CORPORATION
dba HILTON SANTA CLARA and
FIRST AND MISSION PROPERTIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>             Plaintiff,<br><br>vs.<br><br>ONTARIO AIRPORT HOTEL CORPORATION dba HILTON SANTA CLARA; FIRST AND MISSION PROPERTIES LLC;<br><br>             Defendants. | Case No. 5:23-cv-02006-JD<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 46811196.1

JOINT STIPULATION OF DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE
5:23-cv-02006-JD

IT IS HEREBY STIPULATED by and between Plaintiff Craig Crandall ("Plaintiff") and Defendants Ontario Airport Hotel Corporation dba Hilton Santa Clara and First and Mission Properties LLC (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that this action may be dismissed in its entirety with prejudice. This stipulation is effective without a court order as it is signed by all parties who have appeared. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: October 19, 2023            MOORE LAW FIRM, P.C.

                                   By   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff
                                   CRAIG CRANDALL

Dated: October 19, 2023            MORGAN, LEWIS & BOCKIUS LLP

                                   By   */s/ Kathy H. Gao*
                                   Kathy H. Gao
                                   Attorney for Defendants
                                   ONTARIO AIRPORT HOTEL
                                   CORPORATION dba HILTON SANTA
                                   CLARA and FIRST AND MISSION
                                   PROPERTIES LLC

## FILER'S ATTESTATION

I, Kathy H. Gao, am the ECF user whose identification and password are being used to file this Stipulation on behalf of Plaintiff Craig Crandall and Defendants ONTARIO AIRPORT HOTEL CORPORATION dba HILTON SANTA CLARA and FIRST AND MISSION PROPERTIES LLC. In compliance with L.R. 5-1(i)(3), I hereby attest that Tanya E. Moore concurs in this filing.

Dated: October 19, 2023            MORGAN, LEWIS & BOCKIUS LLP

                                   By   */s/ Kathy H. Gao*
                                   KATHY H. GAO
                                   Attorney for Defendants
                                   ONTARIO AIRPORT HOTEL
                                   CORPORATION dba HILTON SANTA
                                   CLARA and FIRST AND MISSION
                                   PROPERTIES LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 46811196.1

1

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
5:23-CV-02006-JD